UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 15-0309 AG (JCGx) | Date | March 13, 2015 |
|---|---|---|---|
| Title | BERT RAINEY v. EXPERIAN INFORMATION SOLUTIONS, INC. | | |

Present: The Honorable  ANDREW J. GUILFORD

| Dwayne Roberts | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER RE PRETRIAL MATTERS AND THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff's Complaint concerns issues that Congress has found to be important in an area where the damages are often not substantial. The Federal Rules of Civil Procedure require the Court to resolve matters in a manner that is "just, speedy, and inexpensive." Fed. R. Civ. P. 1. To obtain a just, speedy, and inexpensive resolution of this matter, the Court orders the following:

1. Plaintiff, individually or through counsel, is ORDERED to appear in Court on April, 6, 2015, at 9:00 a.m. to review how this matter may be handled in a manner that is just, speedy, and inexpensive, including what would be an appropriate early date for trial.

2.   If Defendant has been served or has appeared before the date of the conference in paragraph 1, the Court orders that the conference will be an expedited Scheduling Conference under Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, with all parties ORDERED to attend. The parties are not required to file any documents before the Scheduling Conference, but are required to confer, any time before the conference, to meet the requirements of Rule 26(f).

3.   Plaintiff is ORDERED to be sure that all parties who have been served or have appeared receive this Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-0309 AG (JCGx) | Date | March 13, 2015 |
|---|---|---|---|
| Title | BERT RAINEY v. EXPERIAN INFORMATION SOLUTIONS, INC. | | |

4.   In all events, the Court may rule that no Scheduling Conference is necessary.

                                                                                  :     0

                              Initials of
                              Preparer            dr